Date signed October 17, 2006



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re:<br>**Lynette Brooks,**<br><br>　　　　　　　Debtor. | Case No. 06-15078PM<br>Chapter 7 |
|---|---|
| **Lynette Brooks,**<br>　　　　　　　Movant,<br><br>v.<br><br>**CitiFinancial Auto Corporation,**<br>　　　　　　　Respondent. | |

**MEMORANDUM OF DECISION**

　　　　This case came before the court for hearing on October 17, 2006, on the debtor's motion to redeem her 2006 Hyundai Sonata from the lien securing CitiFinancial Auto Corporation. Although the respondent was properly served with the motion and notice of the hearing, no response was filed. The motion was treated as unopposed.

　　　　In preparing for the motion, the court found various sources indicating a higher valuation than submitted by the debtor that was created by 722 Redemption Funding, Inc., a subsidiary of the redemption lender, U.S. Bank. That valuation is based upon an unnamed dealer's advertisement, and assumes "fair" condition for this 2006 motor vehicle with mileage of 11,100. While the loan used to facilitate the redemption carries an interest rate of 24%, because of the reduction in the amount of the allowed secured claim, the debtor finishes ahead, and the debtor's lawyer earns a $500.00 fee paid by the new lender. The court assumes that the fee is included in the new loan amount. Whether the debtor's valuation based upon the filed documents could withstand attack by a

lien holder is a question that would be resolved by a contested motion; here, however, there is no opposition.

      An appropriate order will be entered.


Lynette Brooks
1315 Belle Haven Drive
Landover, MD 20785

David I. Steinberg
8630 Fenton Street
Ste. 320
Silver Spring, MD 20910

Scott D. Field
11921 Rockville Pike, 3rd Floor
Rockville, MD 20852-2743

CitiFinancial Auto Corporation
P.O. Box 183036
Columbus, OH 43218

722 Redemption Funding, Inc.
7901 Vine Street, Suite 200
Cincinnati, OH 45216

CitiFinancial Auto Corporation
c/o The Corporation Trust, Inc.
300 E. Lombard Street
Baltimore, MD  21202

                              **End of Order**